# IN THE DISTRICT COURT OF THE UNITED STATES

## For the Western District of New York

April 2009 Grand Jury
Empaneled April 2, 2009

**THE UNITED STATES OF AMERICA**

-vs-

**BRYAN J. GRISWOLD**

Violations:
**Title 18, United States Code, Sections 2251(a) and 2252 A(a)(5)(B)**

<u>COUNT 1</u>

(Production of Child Pornography)

The Grand Jury Charges That:

Between on or about July 1, 2009 and on or about August 5, 2009, in the Western District of New York, the defendant, Bryan J. Griswold, did knowingly employ, use, persuade, induce, entice and coerce a minor to engage in sexually explicit conduct, for the purpose of producing visual depictions of such conduct, with such visual depictions having been produced with materials that had been shipped and transported in interstate and foreign commerce.

**All in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).**

**Count 2**

**(Possession of Child Pornography)**

**The Grand Jury Further Charges That:**

On or about August 5, 2009, in the Western District of New York, the defendant, BRYAN J. GRISWOLD, did knowingly possess material that contained images of child pornography, as defined by Title 18, United States Code, Sections 2256(8)(A) and (B), that had been transported in interstate and foreign commerce by computer, and that had been produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means.

**All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).**

DATED:  Rochester, New York, September 15, 2009.

                            KATHLEEN M. MEHLTRETTER
                            United States Attorney

            By:   S/TIFFANY H. LEE
                 TIFFANY H. LEE
                 Assistant U.S. Attorney
                 United States Attorney's Office
                 Western District of New York
                 620 Federal Courthouse
                 100 State Street
                 Rochester, New York 14614
                 (585) 263-6760, ext. 2251
                 Tiffany.Lee@usdoj.gov

A TRUE BILL:

S/FOREPERSON
Foreperson